**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-127-FDW-DCK**

| | |
|---|---|
| **JACK THOMPSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     <u>**ORDER**</u> |
| | ) |
| **APPLIED SERVICES AUGMENTATION** | ) |
| **PARTNERS, INC.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) filed by Kevin J. Dalton, concerning Edward N. Boehm, Jr. on August 29, 2019. Mr. Boehm seeks to appear as counsel *pro hac vice* for Defendant Allied Staff Augmentation Partners, Inc.. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) is **GRANTED**. Edward N. Boehm, Jr. is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 30, 2019

David C. Keesler
United States Magistrate Judge