# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-127-FDW-DCK

| | |
|---|---|
| JACK THOMPSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| APPLIED SERVICES AUGMENTATION PARTNERS, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER BEFORE THE COURT** on "Plaintiff's Motion To Expedite Briefing Schedule And Consideration Of Motion To Compel (Doc. 42)" (Document No. 44) filed November 6, 2019. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Expedite Briefing Schedule And Consideration Of Motion To Compel (Doc. 42)" (Document No. 44) is **GRANTED with modification**. Defendant shall file a response to Plaintiff's Motion to Compel (Document No. 42) on or before **November 15, 2019**; and Plaintiff shall file a reply to Defendant's response on or before **November 20, 2019**.

**SO ORDERED**.

Signed: November 13, 2019

David C. Keesler
United States Magistrate Judge