# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| JACK THOMPSON, Individually and for Others Similarly Situated,<br><br>        Plaintiffs,<br>v.<br><br>ALLIED STAFF AUGMENTATION PARTNERS, INC.,<br><br>        Defendant. | Case No. 3:19-cv-00127<br><br>Jury Trial Demanded<br><br>FLSA Collective Action |

_____

### PLAINTIFF'S MOTION FOR NOTICE AND JOINDER
_____

Thompson moves the Court to authorize Notice and Joinder to the similarly situated ASAP employees paid straight time for overtime.

There is no dispute regarding whether the workers are similarly situated. ASAP **admits** it pays similarly-situated ASAP employees in the same manner as Thompson—straight time for overtime, albeit ASAP has a different way of phrasing its illegal pay policy. *See*, *e.g.*, Doc. 19, at ¶ 29 (admitting ASAP paid Thompson "a non-overtime hourly rate for hours worked over 40"); Doc. 22, at 1 (admitting these workers, like Thompson, received an "hourly premium" for all hours worked, including overtime hours).

Mindful of the Court's precedent, Thompson proposes nearly identical notice methods as those authorized in *Geiger et al. v. H.H. Franchising Sys., Inc.*, No. 3:17-cv-738-FDW, Doc. 76, at *4-5 (W.D.N.C. Nov. 27, 2018) (Whitney, J.) (approving plaintiff's proposed, Doc. 69-E, notice with minimal changes).

For the reasons outlined in Thompson's attached memorandum, Thompson respectfully requests the Court authorize him to send notice to similarly-situated ASAP employees paid straight time for overtime.

**Dated: December 13, 2019**

Respectfully submitted,

**JOSEPHSON DUNLAP, LLP**

By: */s/ Andrew W. Dunlap*

    **Andrew W. Dunlap**
    State Bar No. 24078444
    *(admitted pro hac vice)*
    **Richard M. Schreiber**
    State Bar No. 24056278
    *(admitted pro hac vice)*
    **JOSEPHSON DUNLAP LLP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    rschreiber@mybackwages.com
    adunlap@mybackwages.com

    **AND**

    **Christopher Strianese,** NC Bar No. 46918
    **Tamara Huckert,** NC Bar No. 35348
    3501 Monroe Rd.
    Charlotte, NC 28205
    Tel: 704-966-2101
    chris@strilaw.com
    tamara@strilaw.com

    **ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On December 13, 2019, I served this document on all parties and/or their counsel of record via the Court's ECF System in accordance with the Federal Rules of Civil Procedure.

/s/ Andrew W. Dunlap
**ANDREW W. DUNLAP**

## CERTIFICATE OF CONFERENCE

Prior to filing this Instant Motion, Thompson's Counsel conferred with ASAP's Counsel regarding the relief requested herein. ASAP's Counsel indicated that ASAP is opposed to the requested relief.

/s/ Richard M. Schreiber
**RICHARD M. SCHREIBER**

## CERTIFICATE OF WORD COUNT

I hereby certify that the foregoing brief complies with the Court's word limitations.

/s/ Andrew W. Dunlap
**ANDREW W. DUNLAP**