# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-cv-127-FDW-DCK

| | | |
|---|---|---|
| JACK THOMPSON, Individually and for Others Similarly Situated, | ) ) ) | |
| PLAINTIFFS, | ) ) | **DEFENDANT'S MOTION TO EXTEND DEADLINE TO RESPOND TO** |
| V. | ) ) | **PLAINTIFF'S MOTION FOR NOTICE AND JOINDER** |
| ALLIED STAFF AUGMENTATION PARTNERS, INC., | ) ) ) | |
| DEFENDANT. | ) | |

Defendant Allied Staff Augmentation Partners, Inc. ("ASAP") by and through undersigned counsel, files this Motion to Extend Deadline to Respond to Plaintiff's Motion for Notice and Joinder as follows:

1.      Plaintiff filed a Motion for Notice and Joinder on December 13, 2019. [Dkt.55]

2.      Pursuant to Local Rule 7.1(e), the deadline for Defendant's response brief is December 30, 2019.

3.      Due to the approaching Christmas holiday and the closure of the Court between December 25 and 27, 2019, Defendant respectfully requests a one-week extension to file its response brief. If granted, the new deadline for Defendant's response brief would be January 6, 2020.

4.      Defendant has sought Plaintiff's consent for this motion, but has not yet received a response.

5.      Defendant does not seek this request for any improper purpose.

6.      Therefore, for good cause shown above, Defendant respectfully requests that this Court grant its motion and execute the proposed order attached hereto.

Respectfully submitted this 20th day of December, 2019.

By: */s/ Kevin J. Dalton*
   Kevin J. Dalton (NC Bar No. 24197)
   **FISHER PHILLIPS LLP**
   227 West Trade Street, Suite 2020
   Charlotte, North Carolina 28202
   Telephone: (704) 334-4565
   Facsimile: (704) 334-9774
   kdalton@fisherphillips.com

   Edward N. Boehm, Jr.
   Pro Hac Vice
   Georgia Bar No. 183411
   **FISHER PHILLIPS LLP**
   1075 Peachtree Street, NE, Suite 3500
   Atlanta, GA  30309
   Telephone:  (404) 240-4286
   Facsimile:  (404)-240-4249
   tboehm@fisherphillips.com
   *ATTORNEYS FOR DEFENDANT*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:19-cv-127-FDW-DCK

JACK THOMPSON, Individually and for    )
Others Similarly Situated,    )
    )
    PLAINTIFFS,    )
    )    **CERTIFICATE**
    V.    )    **OF SERVICE**
    )
ALLIED STAFF AUGMENTATION    )
PARTNERS, INC.,    )
    )
    DEFENDANT.    )

I hereby certify that on the 20th day of December, 2019 a true copy of the DEFENDANT'S MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR NOTICE AND JOINDER was filed with the Clerk of Court and served via the Court's CM/ECF system, to counsel of record, which will automatically send notice of such filing to Plaintiff's counsel, Christopher Strianese at chris@strilaw.com and Tamara Huckert at tamara@strilaw.com.

By:    */s/ Kevin J. Dalton*
    Kevin J. Dalton
    **FISHER PHILLIPS LLP**