# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-127-FDW-DCK

| | |
|---|---|
| JACK THOMPSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| APPLIED SERVICES AUGMENTATION PARTNERS, INC., | ) |
| Defendant. | ) |

**THIS MATTER BEFORE THE COURT** on "Defendant's Motion To Extend Deadline To Respond To Plaintiff's Motion For Notice And Joinder" (Document No. 57) filed December 20, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Extend Deadline To Respond To Plaintiff's Motion For Notice And Joinder" (Document No. 57) is **GRANTED**. Defendant shall have up to and including **January 6, 2020** to file a response to "Plaintiff's Motion For Notice And Joinder" (Document No. 55).

**SO ORDERED**.

Signed: December 23, 2019

David C. Keesler
United States Magistrate Judge