UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-cv-127-FDW-DCK

| | |
|---|---|
| JACK THOMPSON, Individually and for Others Similarly Situated,<br><br>PLAINTIFF,<br><br>V.<br><br>ALLIED STAFF AUGMENTATION PARTNERS, INC.,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING SETTLEMENT

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice ("Joint Motion") (Doc. No. 64). This Court has considered the Joint Motion, the pleadings, other filings in this matter, and the positions of counsel. This Court makes the following findings:

1. Plaintiff Jack Thompson filed this action seeking, among other things, alleged unpaid compensation pursuant to the Fair Labor Standards Act.

2. Opt-In Plaintiffs James Carter, Edward Webb, and John Brown filed consents to join the action. [Doc. Nos. 35, 36, and 37]. There are no other remaining opt-in plaintiffs.

3. A *bona fide* dispute exists between the parties as to the amount of compensation, if any, due to Plaintiff and the three Opt-In Plaintiffs.

4. The parties are each represented before the Court by counsel and have agreed to a settlement and compromise of all claims between them.

5. Upon review, the Court finds that the executed Settlement Agreement attached as Exhibit A to the Joint Motion is fair to both parties and merits the approval of this Court.

1

6. The executed Settlement Agreement disposes of the dispute and all claims and causes of action between the parties.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc No. 64) is **GRANTED** and the settlement between them set forth in the Settlement Agreement (Doc. No. 65, SEALED) is **APPROVED**.

**IT IS FURTHER ORDERED** that this matter is hereby DISMISSED with prejudice, and the CLERK is respectfully directed to CLOSE THE CASE.

**IT IS SO ORDERED**.

Signed: February 10, 2020

_____
Frank D. Whitney
Chief United States District Judge